UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GINGER JEE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3:16-CV-01157(WWE) |
| v. | : | |
| | : | |
| PROSPECTS, OPPORTUNITY AND ENRICHMENT, INC., | : | |
| | : | JANUARY 16, 2018 |
| Defendant. | : | |

## MOTION FOR RELIEF FROM APPOINTMENT

Pursuant to Local Rule 83.10(g), Local Rule 7(e), and Rule 6.2 of the Connecticut Rules of Professional Conduct, the undersigned hereby respectfully requests relief from the pro bono appointment in the above-referenced case, which was made on Friday, January 12, 2018. Doc. #55.

Good cause exists to permit the undersigned to be relieved from pro bono appointment. The undersigned's law firm has a general policy of not representing individuals in employment discrimination cases because its labor and employment practice group represents employers in these cases. The undersigned's law firm also has a general policy of not representing individuals in employment discrimination cases against nonprofit entities because the firm's nonprofit practice group represents nonprofit entities in these matters. These general policies are intended to avoid conflicts of interest, and provide good cause under Rule 6.2 of the Connecticut Rules of Professional Conduct to be relieved from pro bono appointment in this case.

The undersigned also has numerous other professional obligations that make it impracticable to comply with the discovery schedule in this case, which frustrates the

8910980v1

very purpose of the Court's limited appointment. Prior professional obligations prohibit counsel from assisting the Plaintiff with the January 22, 2018 compliance date. While the undersigned would ordinarily request an extension of time from opposing counsel or the Court, this Court has already ordered that the discovery deadlines in this case—including the January 22, 2018 compliance date—shall not be stayed or delayed because of the appointment of counsel. See Docs. #54, #52.

WHEREFORE, the undersigned respectfully requests relief from pro bono appointment in this case.

Respectfully submitted,

APPOINTED COUNSEL FOR PLAINTIFF,
GINGER JEE

By    /s/ Sarah Gruber
     Sarah Gruber - ct29918
     sgruber@murthalaw.com

Murtha Cullina LLP
185 Asylum Street
Hartford, Connecticut 06103
Telephone:  860.240.6000
Facsimile:   860.240.6150

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on January 16, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties of record by operation of the Court's electronic filing system. The undersigned also certifies that a copy of the foregoing was served by mail and e-mail on the Plaintiff, Ginger Jee.

            /s/ Sarah Gruber
            Sarah Gruber - ct29918