UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GINGER JEE : | |
|     Plaintiff : | |
| : | Civil No. 3:16-cv-01157(WWE) |
| v. : | |
| : | |
| PROSPECTS, OPPORTUNITY AND : | |
| ENRICHMENT, INC. : | |
|     Defendant : | March 9, 2018 |

### JOINT STIPULATION REGARDING PLAINTIFF'S RESPONSE DATES

Regarding Defendant's Motions to Expedite (Docs. 66 and 67), the parties have stipulated that, on or before March 16, 2018, Plaintiff will 1) file any response to Defendant's March 7 Motion to Dismiss and 2) take any action pursuant to Rule 11.  Absent action by Plaintiff regarding Rule 11 by March 16, Defendant may file its related Motion.

WHEREFORE, the parties respectfully request this Stipulation be entered and that Docs. 66 and 67 be deemed moot in light of this Stipulation.

| PLAINTIFF,<br>GINGER JEE | DEFENDANT,<br>PROSPECTS, OPPORTUNITY AND<br>ENRICHMENT, INC. |
|---|---|
| By: */s/ Christopher E. Geotes*<br>Christopher E. Geotes (ct 29618)<br>Pastore & Dailey, LLC<br>4 High Ridge Park 3rd Fl.<br>Stamford, CT 06905<br>203-658-8454<br>Fax: 203-348-0852<br>Email: cgeotes@psdlaw.net | By:*/s/ Sally Welch St. Onge*<br>Tanya A. Bovée (ct 24252)<br>Sally Welch St. Onge (ct 27683)<br>Jackson Lewis P.C.<br>90 State House Square, 8th Floor<br>Hartford, CT  06103<br>Tel: (860) 522-0404<br>Fax: (860) 247-1330<br>boveet@jacksonlewis.com<br>sally.stonge@jacksonlewis.com |

## **CERTIFICATION OF SERVICE**

The undersigned hereby certifies that on March 9, 2018, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                                         */s/ Sally Welch St. Onge*_____
                                                         Sally Welch St. Onge