UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| GINGER JEE | : | |
|     Plaintiff | : | |
| | : | Civil No. 3:16-cv-01157(WWE) |
| v. | : | |
| | : | |
| PROSPECTS, OPPORTUNITY AND | : | |
| ENRICHMENT, INC. | : | |
|     Defendant | : | March 26, 2018 |
| | : | |

**JOINT STIPULATION REGARDING PLAINTIFF'S RESPONSE DATES**

The parties stipulate that, on or before March 28, 2018, Plaintiff will 1) file any response to Defendant's March 7 Motion to Dismiss (Doc. 65) and 2) take any action pursuant to Rule 11.

Absent action by Plaintiff regarding Rule 11 by March 28, Defendant may file its related Motion.

WHEREFORE, the parties respectfully request this Stipulation be entered.

| PLAINTIFF,<br>GINGER JEE | DEFENDANT,<br>PROSPECTS, OPPORTUNITY AND<br>ENRICHMENT, INC. |
|---|---|
| By: */s/ Christopher E. Geotes*<br>Christopher E. Geotes (ct 29618)<br>Pastore & Dailey, LLC<br>4 High Ridge Park 3rd Fl.<br>Stamford, CT 06905<br>203-658-8454<br>Fax: 203-348-0852<br>Email: cgeotes@psdlaw.net | By:*/s/ Sally Welch St. Onge*<br>Tanya A. Bovée (ct 24252)<br>Sally Welch St. Onge (ct 27683)<br>Jackson Lewis P.C.<br>90 State House Square, 8th Floor<br>Hartford, CT  06103<br>Tel: (860) 522-0404<br>Fax: (860) 247-1330<br>boveet@jacksonlewis.com<br>sally.stonge@jacksonlewis.com |

## <u>CERTIFICATION OF SERVICE</u>

The undersigned hereby certifies that on March 26, 2018, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

*/s/ Christopher E. Geotes*_____
Christopher E. Geotes