UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GINGER JEE,<br>　　Plaintiff, | Civil No. 3:16-cv-01157(WWE) |
| v. | |
| PROSPECTS, OPPORTUNITY AND<br>ENRICHMENT, INC.,<br>　　Defendant. | MARCH 27, 2018 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), by and between Plaintiff Ginger Jee and Defendant Prospects, Opportunity and Enrichment, Inc. individually and through their undersigned counsel who are authorized by their respective clients to execute this stipulation, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs, sanctions, and/or disbursements to any party. Plaintiff specifically agrees that she intends by this Stipulation to voluntarily withdraw with prejudice any and all claims against Defendant, in response to Defendant's March 7, 2018 Motion to Dismiss and for Sanctions. Plaintiff further agrees that she is not receiving a settlement payment of any kind in exchange for her withdrawal of this case.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

*SIGNATURE PAGE TO FOLLOW*

Dated this 27th day of March, 2018.

| PLAINTIFF,<br>GINGER JEE<br><br>By: */s/Christopher E. Geotes*<br>Christopher E. Geotes (ct 29618)<br>Pastore & Dailey, LLC<br>4 High Ridge Park 3rd Fl.<br>Stamford, CT 06905<br>Tel: (203) 658-8454<br>Fax: (203) 348-0852<br>Email: cgeotes@psdlaw.net | DEFENDANT,<br>PROSPECTS, OPPORTUNITY AND<br>ENRICHMENT, INC.<br><br>By:*/s/Sally Welch St. Onge*<br>Tanya A. Bovée (ct 24252)<br>Sally Welch St. Onge (ct 27683)<br>Jackson Lewis P.C.<br>90 State House Square, 8th Floor<br>Hartford, CT  06103<br>Tel: (860) 522-0404<br>Fax: (860) 247-1330<br>boveet@jacksonlewis.com<br>sally.stonge@jacksonlewis.com |
|---|---|

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 27, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                  /s/ Christopher E. Geotes
                                                  Christopher E. Geotes